1  **ROBERT J. ROSATI** #112006
   Attorney at Law
2  2055 San Joaquin Street
   Fresno, CA 93721
3  Telephone:(559)256-9800
   Telefax:(559)256-9795
4
   Attorney for Plaintiff,
5  JOANNE LECZNAR

6  **MICHAEL B. BERNACCHI**
   Galton & Helm LLP
7  500 South Grand Ave., Ste. 1200
   Los Angeles, CA 90071-2624
8  Telephone: (213) 629-8800
   Facsimile: (213) 629-0037
9
   Attorneys for Defendant,
10 E.F. Hutton & Company and Designated
   Affiliates' LTD Employee Benefits Plan
11

12                  UNITED STATES DISTRICT COURT FOR

13                  THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JOANNE LECZNAR, ) | Case No.: 1:05cv143OWW LJO |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE** |
|   ) | **SETTLEMENT CONFERENCE** |
| E.F. HUTTON & COMPANY AND ) | |
| DESIGNATED AFFILIATES' LTD ) | Date: November 17, 2005 |
| EMPLOYEE BENEFITS PLAN; LEHMAN ) | Time: 9:00 a.m. |
| BROTHERS INC. COMPREHENSIVE ) | Courtroom: 6 |
| MAJOR MEDICAL PLAN; LEHMAN ) | Judge: Lawrence J O'Neill |
| BROTHERS INC. GROUP LIFE ) | |
| INSURANCE AND TEMPORARY ) | |
| DISABILITY PLAN, ) | |
|   ) | |
| Defendant. ) | |
| _____ ) | |

24      The parties in this case hereby stipulate continue the hearing for the Settlement Conference

25 from September 22, 2005, to November 17, 2005 at 9:00 a.m. in Courtroom 6 in front of the

26 Honorable Lawrence O'Neill.  All briefing schedules and other dates in the Scheduling Order will

27 remain the same.

28 ///

| | | |
|---|---|---|
| 1 | Dated: August 4, 2005 | /s/ Robert J. Rosati |
| 2 | | ROBERT J. ROSATI<br>Attorney for Plaintiff, |
| 3 | | JOANNE LECZNAR |

Dated: August 4, 2005                 /s/ Michael B. Bernacchi
                                      MICHAEL B. BERNACCHI
                                      Attorney for Defendant,
                                      E.F. HUTTON & COMPANY AND
                                      DESIGNATED AFFILIATES' LTD
                                      EMPLOYEE BENEFITS PLAN

IT IS SO ORDERED.

**Dated:   August 5, 2005**                 /s/ **Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE