```
                              FILED
                        2005 AUG -5 P 3: 12
                        CLERK, US DIST. COURT
                        EASTERN DIST. OF CALIF
                              AT FRESNO
                        BY_____
                              DEPUTY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE LECZNAR, | CASE NO. 1:05CV1430WWLJO |
| Plaintiff, | STIPULATION RE: DISMISSAL WITHOUT PREJUDICE; AND [PROPOSED] ORDER THEREON |
| vs. | |
| E.F. HUTTON & COMPANY AND DESIGNATED AFFILIATES' LTD EMPLOYEE BENEFITS PLAN; LEHMAN BROTHERS INC. COMPREHENSIVE MAJOR MEDICAL PLAN; LEHMAN BROTHERS INC. GROUP LIFE INSURANCE AND TEMPORARY DISABILITY PLAN, | |
| Defendants. | |

LA/1134014.1

STIPULATION RE: DISMISSAL WITHOUT PREJUDICE; AND [PROPOSED] ORDER THEREON

1  IT IS HEREBY STIPULATED by and between the Plaintiff Joanne Lecznar and
2  Defendants Lehman Brothers Inc. Group Life Insurance and Temporary Disability
3  Plan and Lehman Brothers, Inc. Comprehensive Major Medical Plan, through their
4  designated counsel, that the above-captioned action be and is hereby dismissed
5  without prejudice as to Defendants Lehman Brothers Inc. Group Life Insurance and
6  Temporary Disability Plan and Lehman Brothers, Inc. Comprehensive Major
7  Medical Plan pursuant to FRCP 41 (a) (1). Each of the parties shall bear its own
8  costs and attorneys' fees. This Stipulation shall not affect Plaintiff's claims against
9  the E.F. Hutton & Company and Designated Affiliates' LTD Employee Benefits
10 Plan.

11 DATED: July 7, 2005    ETHAN LIPSIG
                          STEPHEN H. HARRIS
12                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
13
14                        By: _____
15                                STEPHEN H. HARRIS
16                        Attorneys for Defendants
                          LEHMAN BROTHERS INC. GROUP LIFE INSURANCE
17                        AND TEMPORARY DISABILITY PLAN and LEHMAN
                          BROTHERS INC. COMPREHENSIVE MAJOR MEDICAL
                          PLAN
18
19 DATED: July 2, 2005    ROBERT J. ROSATI
20
21
22                        By: _____
                                 ROBERT J. ROSATI
23                        Attorneys for Plaintiff
24                        JOANNE LECZNAR
25 IT IS SO ORDERED:
26 DATED: 8-4-, 2005      _____
27                        The Honorable Oliver W. Wanger
                          United States District Court Judge
28

LA/1134014.1                - 1 -
STIPULATION RE: DISMISSAL WITHOUT PREJUDICE; AND [PROPOSED] ORDER THEREON

# PROOF OF SERVICE

STATE OF CALIFORNIA              )
                                 ) ss:
CITY AND COUNTY OF LOS ANGELES   )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On August 2, 2005, I served the foregoing document(s) described as:

STIPULATION RE: DISMISSAL WITHOUT PREJUDICE; AND [PROPOSED] ORDER THEREON

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

Robert J. Rosati, Esq.              Michael B. Bernacchi, Esq
2055 San Joaquin Street             Galton & Helm LLP
Fresno, CA 93721                    500 South Grand Avenue, Suite 1200
                                    Los Angeles, CA 90071

☐ **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on August 2, 2005 with postage thereon fully prepaid, at Los Angeles, California.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on August 2, 2005 at _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. [Permitted by written agreement of the parties.]

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 2, 2005, at Los Angeles, California.

_____
Patricia Arellano

STIPULATION RE: DISMISSAL WITHOUT
PREJUDICE; AND [PROPOSED] ORDER
THEREON