GALTON & HELM LLP
MICHAEL B. BERNACCHI, State Bar No. 163657
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for HARTFORD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOANNE LECZNAR,<br><br>             Plaintiff,<br><br>     vs.<br><br>E.F. HUTTON & COMPANY, INC. AND DESIGNATED AFFILIATES' GROUP LTD EMPLOYEES BENEFITS PLAN; E.F. HUTTON & COMPANY, INC. AND DESIGNATED AFFILIATES' GROUP LIFE INSURANCE PLAN,<br><br>             Defendant. | CASE NO. 1:05 CV 143 DWW (LJo)<br><br>**STIPULATION AND ORDER TERMINATING ACTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

COMES NOW, Defendant E.F. Hutton & Company and Designated Affiliates' Long Term Disability Employees Benefits Plan (the "LTD Plan") and Plaintiff Joanne Lecznar ("Plaintiff") by and through their respective counsel and stipulate as follows:

1.   WHEREAS, Plaintiff became disabled from her employment at E.F. Hutton and Company in or around 1982 due to a diagnosis of relapsing and remitting multiple sclerosis.

2.   WHEREAS, Plaintiff submitted a claim under the LTD Plan and was paid disability benefits by the LTD Plan from 1982 through 2003.

3.   WHEREAS, Plaintiff's claim was terminated by the LTD Plan or about March 5, 2003 and as a result of said termination of benefits, plaintiff filed the present lawsuit.

4.   WHEREAS, the parties now wish to settle this lawsuit by stipulating and agreeing as follows:

A.   Defendant agrees to reinstate Plaintiff's disability benefits under the LTD Plan and pay all back benefits due to her under the LTD Plan from February 28, 2003 through September 28, 2005 (plus interest) on the basis that she has met the requirements for disability under the terms of the LTD Plan;

B.   Plaintiff's claim will be remanded back to the LTD Plan's administrator (Hartford Life Insurance Company) for processing and she will be paid future LTD benefits so long as she remains eligible under the terms of the LTD

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

PDF created with pdfFactory trial version www.pdffactory.com

Plan and the Employee Retirement Income Security Act of 1974 ("ERISA"); and,

   C.  Each side to bear its own costs and attorneys' fees in this action.

DATED: _____, 2005  ROBERT J. ROSATI, ATTORNEY AT LAW

             By: /S/ Robert J. Rosati_____
               ROBERT J. ROSATI
             Attorneys for Plaintiff JOANNE LECZNAR

DATED: _____, 2005  GALTON & HELM LLP
             MICHAEL B. BERNACCHI

             By: /S/ Michael B. Bernachi_____
               MICHAEL B. BERNACCHI
             Attorneys for HARTFORD LIFE
             INSURANCE COMPANY

## **O R D E R**

 Good cause appearing, IT IS ORDERED that:

 1. Defendant reinstate Plaintiff's disability benefits under the LTD Plan and pay all back benefits due to her under the LTD Plan from February 28, 2003 through September 28, 2005 (plus interest) on the basis that she has met the requirements for disability under the terms of the LTD Plan;

 2. Plaintiff's claim for future LTD benefits under ERISA will be remanded back to the LTD Plan's administrator (Hartford Life and Accident Insurance Company) and she will be paid future LTD benefits so long as she

PDF created with pdfFactory trial version www.pdffactory.com

remains eligible under the terms of the LTD Plan and the Employee Retirement Income Security Act of 1974 ("ERISA"); and,

    3.    Each side to bear its own costs and attorneys' fees in this action.

    4.    The Judgment attached to this stipulation as Exhibit "A" will be entered by the Clerk forthwith.

DATED: October 25, 2005    /s/ OLIVER W. WANGER  
    United States District Court Judge

GALTON & HELM LLP  
500 SOUTH GRAND AVENUE, SUITE 1200  
LOS ANGELES, CALIFORNIA 90071-2624  
TELEPHONE: (213) 629-8800

5232 / 87865.1

4

Case No. 1:05 CV 143 DWW (LJo)  
STIPULATION AND PROPOSED ORDER DISMISSING CASE AND PLACING PLAINTIFF BACK ON CLAIM

PDF created with pdfFactory trial version www.pdffactory.com