UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOANNE LECZNAR,<br><br>      Plaintiff,<br><br>  vs.<br><br>E.F. HUTTON & COMPANY, INC. AND DESIGNATED AFFILIATES' GROUP LTD EMPLOYEES BENEFITS PLAN; E.F. HUTTON & COMPANY, INC. AND DESIGNATED AFFILIATES' GROUP LIFE INSURANCE PLAN,<br><br>      Defendant. | 1:05-cv-143-OWW LJO<br><br>**JUDGMENT** |

      IT IS HEREBY ORDERED AND ADJUDGED that Defendant E.F. HUTTON & COMPANY, INC. and DESIGNATED AFFLIATES' LONG TERM DISABILITY BENEFITS PLAN ("the LTD Plan") reinstate Plaintiff JOANNE LECZNAR'S disability benefits under the LTD Plan and pay all back benefits due to her under the LTD Plan from February 28, 2003 through September 28, 2005 (plus interest) on the basis that she has met the requirements for disability under the terms of the LTD Plan.  It is further ordered and adjudged that Plaintiff's claim will be remanded back to the LTD Plan's Administrator (Hartford Life Insurance Company) for processing and she will be paid future ltd benefits so long as she remains eligible under the terms of the LTD Plan and the Employee Retirement

Income Security Act of 1974 ("ERISA"). Each side to bear its own costs and attorneys' fees in this action.

DATED:  _November 4, 2005_          /s/ OLIVER W. WANGER

                                    Oliver W. Wanger
                                    United States District Court Judge